| | |
|---|---|
| JOSEPH W. COTCHETT (36324) | EDWARD R. REINES (135960) |
| NIALL P. McCARTHY (160175) | WEIL, GOTSHAL & MANGES LLP |
| NANCY L. FINEMAN (124870) | 201 Redwood Shores, CA 94065 |
| MARK C. MOLUMPHY (168009) | Phone: (650) 802-3022 |
| KELLY L. SOMMERFELD(234025) | Fax: (650) 802-3100 |
| COTCHETT, PITRE, SIMON & McCARTHY | |
| San Francisco Airport Office Center | E. NORMAN VEASEY (*pro hac vice*) |
| 840 Malcolm Road, Suite 200 | WEIL, GOTSHAL & MANGES LLP |
| Burlingame, CA 94010 | 1201 North Market Street, Suite 1402 |
| Phone: (650) 697-6000 | Wilmington, DE 19801 |
| Fax: (650) 697-0577 | Phone: (302) 656-1410 |
| mmolumphy@cpsmlaw.com | Fax: (302) 656-1405 |
| | e.normanveasey@weil.com |

Attorneys for Plaintiff M.J. Furman, derivatively on behalf of Wal-Mart Stores, Inc.

STEPHEN A. RADIN (*pro hac vice*)
WEIL, GOTSHAL, & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8770
Fax: (212) 310-8007
stephen.radin@weil.com

FRED W. ALVAREZ (68115)
DOUGLAS J. CLARK (171499)
IGNACO E. SALCEDA (164017)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 493-9300
Fax: (650) 565-5100
isalceda@wsgr.com

Attorneys for Defendants S. Robson Walton, Jim C. Walton, James W. Breyer, David D. Glass, Roland A. Hernandez, H. Lee Scott, Jr., Jack C. Shewmaker and Jose H. Villarreal

Attorneys for Nominal Defendant Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.J. FURMAN, derivatively on behalf of WAL-MART STORES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> S. ROBSON WALTON; JIM C. WALTON; JAMES W. BREYER; DAVID D. GLASS; ROLAND A. HERNANDEZ; JOSE H. VILLARREAL; H. LEE SCOTT, JR.; JACK C. SHEWMAKER; and DOES 1-50, inclusive, <br><br> Defendants; <br> -and- <br><br> WAL-MART STORES, INC., <br>        Nominal Defendant. | Case No. C 06-03532 SBA <br><br> **STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PENDING RULING ON ADMINISTRATIVE MOTION** |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

1  WHEREAS, on June 1, 2006 Plaintiff filed a Shareholder Derivative Complaint ("Complaint") on behalf of Nominal Defendant Wal-Mart Stores, Inc., in this Court, and this Action was assigned to Judge Armstrong;

4  WHEREAS, on June 27, 2006, Plaintiff filed an Administrative Motion To Consider Whether Cases Should Be Related, seeking an order designating this Action and an Action assigned to Judge Jenkins, *Dukes v. Wal-Mart Stores, Inc.* No. C-01-02252 MJJ (the "*Dukes* Action"), as "related cases" within the meaning of Local Rule 3-12(a) (the "Administrative Motion");

9  WHEREAS, on June 30, 2006, briefs were filed in this Action and the *Dukes* Action opposing Plaintiff's Administrative Motion;

11  WHEREAS, to date, Judge Jenkins has not ruled on the Administrative Motion;

12  WHEREAS, on August 22, 2006, defendants moved to dismiss the Complaint;

13  WHEREAS, on August 25, 2006, the Court requested that the motion to dismiss be withdrawn pending ruling on the Administrative Motion;

15  WHEREAS, on August 28, 2006, defendants withdrew the motion to dismiss pursuant to the Court's request with the intention to refile the motion as soon as practicable following the Court's ruling on the Administrative Motion;

18  WHEREAS, the Court previously continued the Case Management Conference to allow for a ruling on the Administrative Motion;

20  WHEREAS, a telephonic Case Management Conference is currently scheduled before this Court on December 6, 2006;

22  WHEREAS, the parties believe that it would preserve judicial resources to continue the Case Management Conference until after a ruling on the Administrative Motion;

24  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to approval of the Court:

26  The telephonic Case Management Conference currently set for December 6, 2006 at 3:30 will be continued to January 10, 2007 at 3:30 p.m.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**1

| | | |
|---|---|---|
| 1 | Dated: November 14, 2006 | COTCHETT, PITRE, SIMON & McCARTHY |
| 3 | | By: _____/s/_____ |
| 5 | | KELLY L. SOMMERFELD (168009) |
| | | COTCHETT, PITRE, SIMON & McCARTHY |
| 6 | | San Francisco Airport Office Center |
| | | 840 Malcolm Road, Suite 200 |
| 7 | | Burlingame, CA 94010 |
| | | Phone: (650) 697-6000 |
| 8 | | Fax: (650) 697-0577 |
| 10 | | Attorneys for Plaintiff M.J. Furman, derivatively on behalf of Wal-Mart Stores, Inc. |
| 11 | Dated: November 14, 2006 | WILSON SONSINI GOODRICH & ROSATI |
| 14 | | By: _____/s/_____ |
| 15 | | IGNACIO E. SALCEDA (164017) |
| | | WILSON SONSINI GOODRICH & ROSATI |
| 16 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| | | Phone: (650) 493-9300 |
| 17 | | Fax: (650) 565-5100 |
| 18 | | Attorneys for Nominal Defendant Wal-Mart Stores, Inc. |
| 20 | Dated: November 14, 2006 | WEIL, GOTSHAL, & MANGES LLP |
| 22 | | By: _____/s/_____ |
| 23 | | STEPHEN A. RADIN (*pro hac vice*) |
| | | WEIL, GOTSHAL, & MANGES LLP |
| 24 | | 767 Fifth Avenue |
| | | New York, NY 10153 |
| 25 | | Phone: (212) 310-8770 |
| | | Fax: (212) 310-8007 |
| 27 | | Attorneys for Defendants S. Robson Walton, Jim C. Walton, James W. Breyer, David D. Glass, Roland A. Hernandez, H. Lee Scott, Jr., Jack C. Shewmaker and Jose H. Villarreal |

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** 2

I, Kelly L. Sommerfeld, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Rescheduling Case Management Conference Pending Ruling on Administrative Motion. In compliance with General Order 45.X.B, I hereby attest that Ignacio E. Salceda and Stephen A. Radin have concurred in this filing.

Dated: November 14, 2006            COTCHETT, PITRE, SIMON & McCARTHY


By: _____/s/_____

KELLY L. SOMMERFELD (168009)
COTCHETT, PITRE, SIMON & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

## ORDER

Upon stipulation of the parties, and good cause appearing:

The telephonic Case Management Conference currently set for December 6, 2006 at 3:30 p.m. is hereby continued to January 24, 2007 at 3:30 p.m.

IT IS SO ORDERED.

Dated: 11/15/06                    _Saundra B Armstrong_

The Honorable Saundra Brown Armstrong
United States District Judge