JOSEPH W. COTCHETT (36324)
NIALL P. McCARTHY (160175)
NANCY L. FINEMAN (124870)
MARK C. MOLUMPHY (168009)
KELLY L. SOMMERFELD (234025)
**COTCHETT, PITRE, SIMON & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
mmolumphy@cpsmlaw.com

Attorneys for Plaintiff M.J. Furman,
derivatively on behalf of Wal-Mart Stores, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.J. FURMAN, derivatively on behalf of WAL-MART STORES, INC., <br><br> Plaintiff, <br> vs. <br><br> S. ROBSON WALTON; JIM C. WALTON; JAMES W. BREYER; DAVID D. GLASS; ROLAND A. HERNANDEZ; JOSE H. VILLARREAL; H. LEE SCOTT, JR.; JACK C. SHEWMAKER; and DOES 1-50, inclusive, <br><br> Defendants; <br> -and- <br><br> WAL-MART STORES, INC., <br> Nominal Defendant. | Case No. C 06-03532 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)** |

The undersigned parties, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, this case was automatically referred to the ADR Multi-Option program;

WHEREAS, the undersigned parties agree that the case should be removed from the ADR Multi-Option program pursuant to ADR L.R. 3-3(c) because the undersigned parties do not believe, at this time, that the Multi-Option program will facilitate resolution of the matter;

WHEREAS, the parties will discuss ADR options as appropriate on an ongoing basis over the course of this litigation, and in the event that the parties elect to pursue ADR options, will contact the Court to provide updates and/or seek guidance as such efforts proceed;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. This case shall be removed from the ADR Multi-Option program.

2. The undersigned parties will continue to discuss ADR options on an ongoing basis, and will update the Court should they later wish to participate in an ADR process.

IT IS SO STIPULATED.

Dated: January 3, 2007         COTCHETT, PITRE, SIMON & McCARTHY

By:     /s/
    MARK C. MOLUMPHY
    COTCHETT, PITRE, SIMON & McCARTHY
    San Francisco Airport Office Center
    840 Malcolm Road, Suite 200
    Burlingame, CA 94010
    Phone: (650) 697-6000
    Fax: (650) 697-0577

Attorneys for Plaintiff M.J. Furman,
derivatively on behalf of Wal-Mart Stores, Inc.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)**

1

Dated: January 3, 2007  WILSON SONSINI GOODRICH & ROSATI

By:     /s/
    IGNACIO E. SALCEDA (164017)
    WILSON SONSINI GOODRICH & ROSATI
    650 Page Mill Road
    Palo Alto, CA 94304
    Phone: (650) 493-9300
    Fax: (650) 565-5100

Attorneys for Nominal Defendant Wal-Mart Stores, Inc.

Dated: January 3, 2007  WEIL, GOTSHAL, & MANGES LLP

By:     /s/
    STEPHEN A. RADIN (*pro hac vice*)
    WEIL, GOTSHAL, & MANGES LLP
    767 Fifth Avenue
    New York, NY 10153
    Phone: (212) 310-8770
    Fax: (212) 310-8007

Attorneys for Defendants S. Robson Walton, Jim C. Walton, James W. Breyer, David D. Glass, Roland A. Hernandez, H. Lee Scott, Jr., Jack C. Shewmaker and Jose H. Villarreal

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL
TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)**

2

# CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Ignacio E. Salceda and Stephen A. Radin, counsel for defendants in this action.

Dated: January 3, 2007                    COTCHETT, PITRE, SIMON & McCARTHY

                                          /s/
                                          ─────────────────────────────
                                          MARK C. MOLUMPHY

                                          Attorneys for Plaintiff M.J. Furman,
                                          derivatively on behalf of Wal-Mart Stores, Inc.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL
TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)**

3

**[PROPOSED] ORDER**

Pursuant to stipulation. IT IS SO ORDERED.

Dated: 1/8/07

*Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL
TO THE ADR MUTLI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)**

4