1  LYNNE C. HERMLE (State Bar No. 99779)
   MICHAEL A. APARICIO (State Bar No. 206300)
2  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   1000 Marsh Road
3  Menlo Park, CA 94025-1015
   Telephone:    (650) 614-7400
4  Facsimile:    (650) 614-7401
   lchermle@orrick.com
5  maparicio@orrick.com

6  JAMES E. BURNS, JR. (State Bar No. 53250)
   PENELOPE A. GRABOYS (State Bar No. 214742)
7  KENNETH P. HERZINGER (State Bar No. 209688)
   EUNICE J. LEE (State Bar No. 233467)
8  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
11 jburns@orrick.com
   pgraboysblair@orrick.com
12 kherzinger@orrick.com
   ejlee@orrick.com
13
14 Attorneys for Nominal Defendant
   Wal-Mart Stores, Inc.

15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 _____

19 M.J. FURMAN, derivatively on behalf of WAL-   ) Case No. CV 06 3532 SBA
   MART STORES, INC.,                            )
20                                               )
                                                 )
21            Plaintiff,                         ) **STIPULATION AND  ORDER FOR**
                                                 ) **SUBSTITUTION OF COUNSEL**
22            v.                                 )
                                                 )
23 S. ROBSON WALTON, et al.,                     )
                                                 )
24            Defendants,                        )
                                                 )
25            - and -                            )
                                                 )
26 WAL-MART STORES, INC., a Delaware             )
   Corporation,                                  )
27                                               )
              Nominal Defendant.                 )
28 _____              )

OHS West:260172028.1

1    IT IS HEREBY STIPULATED AND AGREED, that the law firm of Orrick, Herrington &

2    Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, and 405 Howard Street, San Francisco,

3    CA 94105, will substitute as attorneys of record in this matter in place and stead of nominal

4    defendant Wal-Mart Stores, Inc.'s former counsel, Wilson Sonsini Goodrich & Rosati, 650 Page

5    Mill Road, Palo Alto, California 94304.

6        The above substitution of attorneys is consented to and approved by each of the following

7    persons and entities:

8    Dated: February 8, 2007                                    _____/s/_____
                                                                Fred W. Alvarez
9                                                               Wilson Sonsini Goodrich & Rosati
10

11   Dated: February 14, 2007                                   _____/s/_____
                                                                Lynne C. Hermle
12                                                              Orrick, Herrington & Sutcliffe LLP
13

14   Dated: February 9, 2007                                    _____/s/_____
                                                                James E. Burns, Jr.
15                                                              Orrick, Herrington & Sutcliffe LLP
16

17   Dated: February __, 2007                                   _____/s/_____
                                                                Ross Higman
18                                                              Wal-Mart Stores, Inc.

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

OHS West:260172028.1

1                       \*        \*        \*

2                      **ORDER**

3         PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5 Dated: 2/15/07                         _Saundra B. Armstrong_

6                            The Honorable Saundra B. Armstrong
                                    United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL

OHS West:260172028.1