| | |
|---|---|
| EDWARD R. REINES (Bar No. 135960)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3022<br>Facsimile: (650) 802-3100<br>edward.reines@weil.com<br><br>E. NORMAN VEASEY (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>1201 North Market Street, Suite 1402<br>Wilmington, DE 19801<br>Telephone: (302) 656-1410<br>Facsimile: (302) 656-1405<br>e.normanveasey@weil.com<br><br>STEPHEN A. RADIN (*pro hac vice*)<br>MELISSA M. CARVALHO<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8770<br>Facsimile: (212) 310-8007<br>stephen.radin@weil.com<br><br>Attorneys for Defendants S. Robson Walton,<br>Jim C. Walton, James W. Breyer, David D.<br>Glass, Roland A. Hernandez, H. Lee Scott, Jr.,<br>Jack C. Shewmaker and Jose H. Villarreal | LYNNE C. HERMLE (Bar No. 99779)<br>MICHAEL A. APARICIO (Bar No. 206300)<br>ORRICK, HERRINGTON<br>   & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br>lchermle@orrick.com<br>maparicio@orrick.com<br><br>JAMES E. BURNS, JR. (Bar No. 53250)<br>PENELOPE A. GRABOYS (Bar No. 214742)<br>KENNETH P. HERZINGER (Bar No. 209688)<br>ORRICK, HERRINGTON<br>   & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br>jburns@orrick.com<br>pgraboysblair@orrick.com<br>kherzinger@orrick.com<br><br>Attorneys for Nominal Defendant<br>Wal-Mart Stores, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.J. FURMAN, derivatively on behalf of WAL-MART STORES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>S. ROBSON WALTON, et al.,<br><br>    Defendants,<br><br>    - and -<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>    Nominal Defendant. | Case No. CV 06 3532 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' RESPONSE AND BRIEFING SCHEDULE** |

WHEREAS, on December 15, 2006, the parties stipulated and the Court approved a briefing and hearing schedule for a motion to dismiss the Shareholder Derivative Complaint ("Complaint") by defendants (including nominal defendant Wal-Mart Stores, Inc.);

WHEREAS, on December 19, 2006, defendants filed their motion to dismiss the Complaint;

WHEREAS, on February 9, 2007, plaintiff responded to the motion to dismiss the Complaint;

WHEREAS, on February 15, 2007, the Court approved nominal defendant Wal-Mart Stores, Inc.'s substitution of Orrick, Herrington & Sutcliffe LLP for Wilson Sonsini Goodrich & Rosati, PC as counsel;

WHEREAS, on February 28, 2008, the Court issued an Order rescheduling the hearing on the motion to dismiss from April 17, 2007 to May 15, 2007, at 1:00 PM;

WHEREAS, given Orrick's recent substitution into the case, plaintiff has agreed to extend the date on which defendants' reply brief in support of their motion to dismiss the Complaint is due from March 12, 2007 to March 26, 2007;

THEREFORE, the parties hereby agree and stipulate, subject to the approval of this Court, to the following:

1. Defendants shall file any reply brief in support of their motion to dismiss the Complaint no later than March 26, 2007.

2. A hearing on Defendants' motion to dismiss is scheduled for May 15, 2007, at 1:00 PM.

Dated: March 7, 2007

Respectfully submitted,
COTCHETT, PITRE, SIMON & MCCARTHY

By: __/s/ Mark C. Molumphy__
       Mark C. Molumphy

Attorneys for Plaintiff M.J. Furman,
derivatively on behalf of Wal-Mart Stores, Inc.

//

//

1
STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' RESPONSE AND BRIEFING SCHEDULE
OHS West:260189759.1

| | | |
|---|---|---|
| 1 | Dated: March 7, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By:  /s/  Kenneth P. Herzinger<br>       Kenneth P. Herzinger |
| 4 | | Attorneys for Nominal Defendant |
| 5 | | Wal-Mart Stores, Inc. |
| 6 | | |
| | Dated: March 7, 2007 | WEIL, GOTSHAL & MANGES LLP |
| 7 | | |
| 8 | | By:  /s/  Edward R. Reines<br>       Edward R. Reines |
| 9 | | |
| 10 | | Attorneys for Defendants S. Robson Walton, Jim C. Walton, James W. Breyer, David D. Glass, Roland A. Hernandez, H. Lee Scott, Jr., Jack C. Shewmaker and Jose H. Villarreal |

2
STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' RESPONSE AND BRIEFING SCHEDULE
OHS West:260189759.1

# [PROPOSED] ORDER

The foregoing joint Stipulation Re Defendants' Response And Briefing Schedule is approved and is so ordered.

Dated: 3/9/07

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Court

I, Kenneth P. Herzinger, am the ECF User whose identification and password are being used to file the joint Stipulation And [Proposed] Order Re Defendants' Response And Briefing Schedule. In compliance with General Order 45.X.B, I hereby attest that Edward R. Reines and Mark Molumphy have concurred in this filing.

Dated: March 7, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Kenneth P. Herzinger
     Kenneth P. Herzinger

Attorneys for Nominal Defendant
Wal-Mart Stores, Inc.